UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNOLD KUERBITZ,

     Plaintiff,

                                   Case No. 24-cv-10774
v.                                Hon. Matthew F. Leitman

MICHAEL J. BOUCHARD, et al.,

     Defendants.

_____/

## **JUDGMENT**

In accordance with the order entered on this day, and on October 30, 2024,

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is

**DISMISSED**.

                              KINIKIA ESSIX
                              CLERK OF COURT

                   By:   s/Holly A. Ryan
                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  June 26, 2025
Detroit, Michigan

1