UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNOLD KUERBITZ,

    Plaintiff,

v.

Case No. 24-cv-10774
Hon. Matthew F. Leitman

MICHAEL J. BOUCHARD, *et al*.,

    Defendants.
_____/

### ORDER DENYING PLAINTIFF'S (1) MOTION FOR CERTIFICATE OF APPEALABILITY (ECF No. 81) AND (2) MOTION TO REMAND (ECF No. 82)

On March 6, 2024, Plaintiff Arnold Kuerbitz filed a *pro se* civil-rights action in this Court against Defendants Michael Bouchard, Karen McDonald, and several John Doe and Jane Doe Defendants who Kuerbitz says worked for Oakland County in various capacities. (*See* Compl., ECF No. 1.) The Court granted Defendants' motions to dismiss (*see* Orders, ECF Nos. 43, 72), and, on June 26, 2025, it entered judgment against Kuerbitz that reflected the dismissal of his Complaint. (*See* Judgment, ECF No. 72.)

Kuerbitz has now filed an appeal of the Court's dismissal of his Complaint in the United States Court of Appeals for the Sixth Circuit. (*See* Notice of Appeal, ECF No. 79.) He has also filed two motions in this Court: (1) a motion for a certificate of appealability (ECF No. 81) and (2) a motion to remand (ECF No. 82).

1

The Court **DENIES** both motions.  First, it appears that the motions are directed at, and seek relief from, the Sixth Circuit.  To the extent that Kuerbitz seeks relief from that court, he should file his motions in that forum.  Second, to the extent that Kuerbitz is seeking through his motions to proceed *in forma pauperis* on appeal, the Court **DENIES** that request because it does not believe that an appeal could be taken in good faith. *See* Fed. R. App. 24(a).  Finally, to the extent that Kuerbitz seeks a remand, he has provided no basis under which this Court could grant him that relief.  This case was initially filed in this Court, not state court, and if Kuerbitz seeks a remand from the Sixth Circuit, his request would need to be made to that court.

For all of the reasons explained above, Kuerbitz' pending motions (ECF Nos. 81, 82) are **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  December 3, 2025     UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 3, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126